

## U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DAL
2006V01014
letter--RHEE off calendar.wpd

*One Pierrepont Plaza* MOVANT'S COUNSEL IS DIRECT[ED]
*Brooklyn, New York* TO SERVE A COPY OF THIS ORD[ER]
*Mailing Address:* *147 Pierrepont Street* ON ALL PARTIES UPON RECEIPT
*Brooklyn, New York 11201*

August 14, 2006

*Application granted.*
*So Ordered*

8/17/06

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: United States v. United States Currency
    in the Amount of $19,000, More or Less,
    and All Proceeds Traceable Thereto, CV-06-2202 (DLI)

Dear Judge Levy:

  The government submits this letter to request the cancellation of the initial conference for captioned case, scheduled for September 15, 2006 at 11:15 A.M.

  The only claimant in this matter has withdrawn his claim pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and (C). Accordingly, we will file a motion for a default judgment as to the defendant property as soon as notice by publication is completed by the United States Marshals Service.

        Respectfully submitted,

        ROSLYNN R. MAUSKOPF
        United States Attorney
        Eastern District of New York

  By: _____
     Douglas A. Leff
     Special Assistant U.S. Attorney
     (718)-254-6035

# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel 212-408-5100  fax 212-541-5369

**facsimile transmission**

**To:**

| Name/Company | Facsimile No. | Verification Phone No. |
|---|---|---|
| The Honorable Robert M. Levy/United States Magistrate Judge | (718) 613-2345 | (718) 613-2340 |
| cc: Robert J. Hantman, Esq./Hantman & Associates | (212) 684-0920 | (212) 684-3933 |
| Bryan Ha, Esq./Hantman & Associates | (212) 684-0920 | (212) 684-3933 |
| Abbe D. Lowell, Esq./Chadbourne & Parke LLP | (202) 974-5602 | (202) 974-5600 |

**From:** Eric J. Przybylko, Esq.   **Date:** August 14, 2006

**Phone:** (212) 408-5569

**Room No.:** 2911

**No. of pages:** 3    (Including this page)

**Message:**

Please see attached.

This facsimile is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering the facsimile to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

Please call us immediately if the facsimile you receive is incomplete or illegible. Our facsimile operator can be reached at (212) 408-1182.

**CLIENT NUMBER:** 16061       **MATTER NUMBER:** 002
**COVER DOCS ID:** NY3 - 389887.01

NY3 - 398208.01