RECEIVED
in Chambers of:
U.S. District Judge
DORA L. IRIZARRY
SEP 2 2007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 0 3 2007
P.M.
TIME A.M.

Dtf

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

    -against-

UNITED STATES CURRENCY IN
THE SUM OF NINETEEN THOUSAND
TWO HUNDRED DOLLARS ($19,200)
MORE OR LESS, AND ALL PROCEEDS
TRACEABLE THERETO;

        Defendant.

-------------------------------X

DECREE OF FORFEITURE AND
AND ORDER FOR DELIVERY

CV-06-2202

(Irizarry, J.)
(Levy, M.J.)

Upon the declaration of Douglas A. Leff, Special Assistant United States Attorney, dated May 11, 2007 and upon all papers filed and proceedings had herein, and pursuant to 18 U.S.C. § 981(a)(1)(A), and the application of the United States of America, plaintiff, it is hereby

ORDERED, AND DECREED that all of the persons or entities known or thought to have an interest in or claim to the defendants $19,000 in United States currency, more or less, and all funds traceable thereto, (the "Defendant Funds"), which were seized in this action pursuant to a Summons and Warrant for Arrest of Articles in rem executed on or about July 12, 2006, having been given due notice of these proceedings, the ownership interest in the Defendant Funds alleged by Yongjin Rhee having been relinquished with prejudice, and to date none of those

persons having interposed a claim, an answer, or other response of any kind to the Verified Complaint in rem, the default of all other persons having any interest in the Defendant Funds hereby is noted; and it is further

ORDERED, ADJUDGED AND DECREED that, pursuant to 18 U.S.C. § 981(a)(1)(A), all of the Defendant Funds, including all accumulated interest and proceeds traceable thereto, are hereby forfeited and condemned to the use and benefit of the United States of America; and it is further

ORDERED, ADJUDGED and DECREED that the United States Department of Justice, and its agents, be and the same is hereby directed to pay its costs incurred incident to this proceeding from the forfeited funds and to dispose of the remainder in accordance with all applicable laws and regulations; and it is further

ORDERED that the Clerk of the Court shall forward six certified copies of this Decree to the United States Attorney for the Eastern District of New York, Attention: Special Assistant United States Attorney Douglas A. Leff, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
October 2, 2007

S/DLI

HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK